**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**

Stephen Moore
_____

(Enter Above the Name of the Plaintiff in this Action)


vs.
City of Dayton Law Department et al
_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Judge Gehres
_____

Sarah Gilpen
_____

_____

_____

3 ; 26 cv 013

**THOMAS M. ROSE**

**CAROLINE H. GENTRY**

**COMPLAINT**


I.    Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Stephen Moore
_____

Name - Full Name Please - PRINT

3910 Cornell Woods Dr. West   Apt. A
Street Address

Dayton, Ohio   45406
City, State and Zip Code

937 - 781 - 6424
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Dayton Law Department

Name - Full Name Please
101 W. Third Street Dayton, Ohio 45402

Address: Street, City, State and Zip Code

2. Judge Gehres

Dayton Municipal Court 30 W. Third St. Dayton, Ohio 45402

3. Sarah Gilpen

119 Edgewood Avenue, Dayton, Ohio 45402

4. _____

_____

5. _____

_____

6. _____

_____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See Attached

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION - DAYTON)

**STEPHEN MOORE, Plaintiff, v. CITY OF DAYTON, JUDGE GEHRES (In Official Capacity), SARAH GILPEN (Landlord), Defendants.**

**CASE NO: [To be assigned]**

# COMPLAINT FOR CIVIL RIGHTS VIOLATIONS (42 U.S.C. § 1983)

**JURY TRIAL DEMANDED**

## I. INTRODUCTION

1. This is an action for money damages and injunctive relief brought by Plaintiff Stephen Moore for violations of the Fourth and Fourteenth Amendments. Plaintiff is being unlawfully restrained from providing life-saving care to his 90-year-old disabled mother, Rocine Moore, based on a charge that is legally void under Ohio law.

**II. PARTIES** 2. Plaintiff Stephen Moore is the 24-hour caregiver and Power of Attorney for Rocine Moore. 3. Defendant City of Dayton, through its agents, is maintaining a prosecution in "Deliberate Indifference" to the life and safety of a disabled senior citizen.

**III. STATEMENT OF FACTS** 4. On [Date], Plaintiff was arrested for Criminal Trespass while caring for his mother, a tenant at [Address]. 5. Under *State v. Randolph, 2023-Ohio-4753*, the Ohio Supreme Court has ruled that landlords lack the authority to trespass a tenant's invited guest. 6. During the arrest, Defendant Sarah Gilpen seized **$700.00** of Plaintiff's cash intended for life-sustaining utility bills (AES Ohio). 7. On January 12, 2026, Judge Gehrs was notified that Rocine Moore (90) is currently in a residence at 119 Edgewood Avenue Apt. 102 Dayton, Ohio 45402. with **no heat, no electricity, and no medical supervision** due to the Court's "No Contact" order. 8. Despite notice of this life-safety emergency, the City and the Court refused to modify bond conditions, showing **Deliberate Indifference** to a known risk of death or serious bodily harm to a disabled senior.

**IV. CAUSE OF ACTION: 42 U.S.C. § 1983 (Deliberate Indifference)** 9. Defendants' actions in blocking a necessary caregiver and withholding utility funds, with full knowledge of the medical peril involved, constitutes a violation of the Due Process Clause of the Fourteenth Amendment.

**V. PRAYER FOR RELIEF** Plaintiff requests:

1. An immediate **Emergency Injunction** lifting the No-Contact order.
2. Compensatory damages in the amount of $1,000,000.00 for emotional distress and endangerment.
3. Punitive damages against Defendant Gilpen for the theft of $700.00.

Respectfully Submitted,

**STEPHEN MOORE, Plaintiff Pro Se DATE:** January 13, 2026

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                    Caption

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____


V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

See previous attachment

I state under penalty of perjury that the foregoing is true and correct. Executed on
this ___13___ day of _____January_____, 20_26_.

_Stephen Moore._
Signature of Plaintiff

-4-