# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| STEPHEN MOORE, | : | Case No. 3:26-cv-00013 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| CITY OF DAYTON | : | |
| LAW DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER CONCERNING COMMUNICATION WITH THE COURT

Plaintiff, a *pro se* litigant, has called the Court to inquire about the status of his filings. The proper way for a litigant to communicate with the Court is by written motion filed with the Clerk of Court. To avoid any attempted *ex parte* communications, Plaintiff is **ORDERED** to communicate with the Court solely by motion, not via telephone call or other informal methods of communication.

Plaintiff may communicate with the Clerk of Court's office to determine if additional documents have been filed on the public docket for his case. He may also find and view the public case docket online by using the PACER Case Locator tool available at https://pcl.uscourts.gov/pcl/index.jsf.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge