# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | |
|---|---|
| STEPHEN MOORE, | Case No. 3:26-cv-00013 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| CITY OF DAYTON LAW DEPARTMENT, *et al.*, | |
| Defendants. | |

## ORDER

The Clerk of Court issued summonses for Defendants on January 21, 2026. (Doc. No. 15.) On January 22, 2026, the Court issued a Notice of Intent to *Sua Sponte* Dismiss for Lack of Jurisdiction; Order to Show Cause. (Doc. No. 16.)

Defendants may be served with process before the Court resolves the Order to Show Cause. In the interest of judicial economy, the Court **ORDERS** that <u>Defendants need not file an answer or otherwise respond to the Complaint until further order of the Court</u>.

The Clerk is **DIRECTED** to mail a copy of this Order to each Defendant at the addresses provided in the summons forms.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge